[No. 11412–3–I.   Division One.   June 18, 1984.]

JIM ALSUM, ET AL, *Appellants,* v. HARVEST HOUSE RESTAURANT, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 81–2–00223–1, Marshall Forrest, J., entered January 29, 1982. *Reversed* by unpublished opinion

per Durham, C.J., concurred in by Williams, J., and Soderland, J. Pro Tem.